UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE TELLO JR.,                                  Case No. 1:06-CV-821

       Petitioner,                             Hon. Richard Alan Enslen

v.

SHIRLEE A. HARRY,
                                                **JUDGMENT**

       Respondent.
_____/

       In accordance with the Opinion entered this date,

       **IT IS HEREBY ORDERED** that Respondent Shirlee A. Harry's Objections (Dkt. No. 46) are **GRANTED**, the Report and Recommendation (Dkt. No. 44) is **REJECTED**, Respondent's Motion for Summary Judgment (Dkt. No. 17) is **GRANTED**, the Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**, and a certificate of appealability is **DENIED** as to all grounds asserted.

                                      /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:           RICHARD ALAN ENSLEN
      February 12, 2008               SENIOR UNITED STATES DISTRICT JUDGE